**PATEL | STILWELL, LLP**
ANDREW R. STILWELL, ESQ.    (CBN: 229469)
DARSHAN PATEL, ESQ    (CBN: 312423)
R. ALAN SMITH, ESQ    (CBN: 062835)
3160 Camino Del Rio South, Suite 313
San Diego, CA 92108
Telephone: (619) 940-6623
Email: Paralegal@PatelStilwell.com

Attorneys for Defendant,
ROHIT CORPORATION dba Quality Inn Santa Clara Convention Center

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>       Plaintiff,<br><br> vs.<br><br>ROHIT CORPORATION, a California corporation dba Quality Inn Santa Clara Convention Center<br>       Defendant. | Case No.: 5:17-CV-02876-EJD<br><br>**STIPULATION TO SET ASIDE DEFAULT AND [~~PROPOSED~~] ORDER**<br><br>Date:<br>Time:<br>Judge: Hon. Edward J Davila<br>Dept.:<br>Complaint Filed: May 18, 2017<br>Trial Date: Not Yet Set |

  Plaintiff, THERESA BROOKE, ("Plaintiff") and Defendant, ROHIT CORPORATION dba Quality Inn Santa Clara Convention Center, ("Defendant") (collectively, the "Parties") hereby stipulate and agree that good cause exists to set aside the default entered against Defendant on July 12, 2017 [Docket No. 15], and respectfully request that the Court set aside Defendant's default pursuant to Federal Rule of Civil Procedure 55, and that Defendant's responsive pleading be due within 21 days of the Court granting this stipulation.

Plaintiff's counsel has authorized the filing of this stipulation with his electronic signature

Dated: July 31, 2017          **PATEL | STILWELL, LLP**

*/s/ ANDREW R. STILWELL*
ANDREW R. STILWELL, ESQ.
DARSHAN PATEL, ESQ.
R. ALAN SMITH, ESQ.
Attorneys for Defendant,
ROHIT CORPORATION dba Quality Inn Santa Clara Convention Center


Dated: July 31, 2017

/s/ *PETER KRISTOFER STROJNIK*
Peter Kristofer Strojnik, Esq.
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Attorney for Plaintiff,
THERESA BROOKE

## [PROPOSED] ORDER

Based on the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 55, and good cause appearing, IT IS HEREBY ORDERED that the July 12, 2017 entry of default against Defendant, ROHIT CORPORATION, ("Defendant") IS SET ASIDE. Defendant shall file a responsive pleading within twenty-one (21) days of this order.

IT IS SO ORDERED.

Dated: August 1, 2017

Judge of the United States
District Court