**PATEL | STILWELL, LLP**
ANDREW R. STILWELL, ESQ.   (CBN: 229469)
DARSHAN PATEL, ESQ.   (CBN: 312423)
3160 Camino Del Rio South, Suite 313
San Diego, CA 92108
Telephone: (619) 940-6623
Email: Paralegal@PatelStilwell.com

Attorneys for Defendant,
 ROHIT CORPORATION

**Strojnik Law Firm LLC**
Peter Kristofer Strojnik, Esq.
Esplande Center III
2415 East Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: 602-510-9409
Email: Strojnik@skplaw.com

Attorney for Plaintiff,
 THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>             Plaintiff,<br>   vs.<br>ROHIT CORPORATION, a California corporation dba Quality Inn Santa Clara Convention Center,<br>             Defendant. | Case No.: 5:17-CV-02876-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:         Hon. Edward J. Davila<br>Crt. Rm..:    4<br>Complaint Filed: May 18, 2017<br>Trial Date:    Not Yet Set |

   The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal Without Prejudice of

this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: November 1, 2017    **PATEL | STILWELL, LLP**

/s/ ANDREW R. STILWELL
ANDREW R. STILWELL, ESQ.
DARSHAN PATEL, ESQ.
Attorneys for Defendant,
ROHIT CORPORATION

Dated: November 1, 2017    **STROJNIK FIRM, LLC**

/s/ Peter Strojnik
PETER KRISTOFER STROJNIK, ESQ.
Attorney for Plaintiff,
THERESA BROOKE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, <br><br> Plaintiff, <br><br> vs. <br><br> ROHIT CORPORATION, a California corporation dba Quality Inn Santa Clara Convention Center, <br><br> Defendant. | Case No.: 5:17-CV-02876-EJD <br><br> ~~[PROPOSED]~~ ORDER GRANTING DISMISSAL WITHOUT PREJUDICE <br><br> Judge: Hon. Edward J. Davila <br> Crt. Rm.: 4 <br> Complaint Filed: May 18, 2017 <br> Trial Date: Not Yet Set |

The Court having considered the stipulation of the parties, orders as follows:

1. The action is dismissed without prejudice.
2. Each Party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

DATE: 11/2/2017

JUDGE OF THE UNITED STATES DISTRICT COURT